UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | | |
|---|---|---|
| JULIE EMERY, | ) | No: 2:23-cv-10416 MAR |
| | ) | |
|     Plaintiff, | ) | |
| | ) | [~~PROPOSED~~] ORDER AWARDING EAJA FEES |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND DOLLARS AND 00/100 ($5,000.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 1/8/2025          _____

HON. MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE

-1-